**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6456**

---

ELVIN IRIZARRY,

        Petitioner - Appellant,

    v.

WARDEN R. RAMOS,

        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:20-hc-02190-M)

---

Submitted:  August 29, 2023                                        Decided:  September 1, 2023

---

Before KING, AGEE, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Elvin Irizarry, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elvin Irizarry appeals the district court's orders denying relief on his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, in which he sought to challenge his conviction and sentence by way of the savings clause in 28 U.S.C. § 2255(e), and denying his motion for reconsideration. In light of the Supreme Court's recent decision in *Jones v. Hendrix*, 143 S. Ct. 1857, 1869 (2023) (holding that 28 U.S.C. § 2255(h) provides only two exceptions to Antiterrorism and Effective Death Penalty Act of 1996's rule against second or successive collateral attacks on criminal judgments), we conclude that Irizarry cannot pursue his claims in a § 2241 petition. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*